# United States District Court

## FOR THE

### WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

vs.                                                                          Criminal. No. 1:07-CR-00187-009

JOSE SANABRIA

It is the recommendation of the U.S. Probation Office to reduce Jose Sanabria's term of supervised release by one (1) year based on his successful completion of the Western District of New York's ReEntry Court program.

Respectfully submitted,

_____
Tammi S. Rogers
U.S. Probation Officer Specialist

### ORDER OF THE COURT

It hereby is Ordered that the defendant's [482] Motion to reduce the term of supervised release by one (1) year is GRANTED.

Dated this __3rd__ day of __April__, 20__12__.

_____
Honorable William M. Skretny
Chief U.S. District Court Judge